# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Anthony AYEAH,<br>Mouaaz ELKHEBRI,<br>Onyewuchi IBEH, and<br>Jason JOYNER<br><br>*Defendant(s)* | Case No. 1:21-mj-00279 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 31, 2020__ in the city/county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1343 and 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Christopher Hood
*Printed name and title*

EDPAPISH
*Digitally signed by EDPAPISH*
*Date: 2021.08.06 09:33:17 -04'00'*
*Complainant's signature*

Special Agent Ethan Papish, U.S.S.S.
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone *(specify reliable electronic means)*.

Date: 8/10/2021

*Digitally signed by Michael S. Nachmanoff*
*Date: 2021.08.10 11:32:42 -04'00'*
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*